**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, CA  94102
www.cand.uscourts.gov

Richard W. Wieking                                                                      General Court Number
Clerk                                                                                              415.522.2000

Re:   MDL 09-02032 In Re Chase Bank USA, N.A. "Check Loan" Contract Litigation

Dear Sir/Madam:

     Please be advised that for administrative purposes, the above entitled MDL action case number shall be changed from its current format in CM/ECF from M:09-cv-2032 MMC  to **3:09-md-2032 MMC**.  The case title shall remain as presently captioned. Nothing in this notice is intended to supplement or supersede any information outlined in the court's Pretrial Order No. 1 (Practice and Procedure Order) or subsequent pretrial orders.

                                          Sincerely yours,

                                          Rufino C. Santos
                                          Deputy Clerk

cc: Counsel
      MDL